IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUBEN J. BONTTY,

        Plaintiff,                No. 2:10-cv-1903-MCE-JFM (PC)

    vs.

T. MINTON, et al.,

        Defendants.        <u>ORDER</u>

                            /

        Plaintiff has filed a motion to proceed in forma pauperis. This is plaintiff's second such motion. The first was granted on August 20, 2010.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's pending motion to proceed in forma pauperis is denied as moot.

DATED: November 29, 2010.

                                  UNITED STATES MAGISTRATE JUDGE

/bont1903.ifp.deny